

JUDGE FRANK MONTALVO

FILED

2017 MAR - 1  PM 2: 03

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.  EP-17-CR- |
| | § | |
| Plaintiff, | § | **I N D I C T M E N T** |
| | § | |
| v. | § | CT 1:  8 U.S.C. § 1326(a) - Illegal Re-Entry |
| | § | |
| IRVIN GONZALEZ, | § | |
| TN: Irvin Edamir Gonzalez-Torres, | § | **EP 17 CR0397** |
| also known as (a.k.a.) | § | |
| Ervin Gonzalez, | § | |
| also known as (a.k.a.) | § | |
| Ervin Edamin Gonzalez, | § | |
| | § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:

## COUNT ONE
### (8 U.S.C. § 1326(a))

On or about February 9, 2017, in the Western District of Texas, Defendant,

### IRVIN GONZALEZ,
### TN: Irvin Edamir Gonzalez-Torres,
### a.k.a.: Ervin Gonzalez, a.k.a. Ervin Edamin Gonzalez

an alien, who had previously been excluded, deported, and removed from the United States on or

about January 23, 2016, attempted to enter, entered, and was found in the United States, without

having previously received express consent to reapply for admission from the United States

Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL, ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____

FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____

Assistant U.S. Attorney