IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. EP-17-CR- |
| | § | |
| IRVIN GONZALEZ, | § | |
| TN: Irvin Edamir Gonzalez-Torres, | § | |
| also known as (a.k.a.) | § | EP17CR0397 |
| Ervin Gonzalez, | § | |
| also known as (a.k.a.) | § | |
| Ervin Edamin Gonzalez, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF INTENT TO SEEK INCREASED STATUTORY PENALTY**

The United States Attorney hereby notifies the Defendant that the Government will seek the increased penalties provided by Title 8, United States Code, Section 1326(b)(1).

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: *[signature]*
STEVE JURECKY
Assistant U.S. Attorney
Texas Bar #11059400
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884